■ In the Matter of KENDALL L. DANNER, Appellant, v CHAD NEPAGE, Respondent. THEODORE W. STENUF, ESQ., Attorney for the Child, Appellant. (Appeal No. 2.) [953 NYS2d 522]—Appeals from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered March 24, 2011 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in the *Matter of Danner v NePage* (100 AD3d 1405 [2012]). Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.